ORIGINAL

FILED
JUL 3 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GLOBE AVIATION SERVICES CORPORATION, GLOBE AIRPORT SECURITY SERVICES, INC., AND GLOBE AVIATION SERVICES CORPORATION OF PUERTO RICO

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

Case No. 07-500 C

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiffs, Globe Airport Security Services, Inc. (a Delaware corporation) and Globe Aviation Services Corporation of Puerto Rico (a Delaware corporation), are wholly-owned by Plaintiff, Globe Aviation Services Corporation. Plaintiff, Globe Aviation Services Corporation (a Delaware corporation), is wholly-owned by Pinkerton Government Services, LLC (a Delaware limited liability company). Pinkerton Government Services, LLC is wholly-owned by Pinkerton's, Inc. (a Delaware corporation). Pinkerton's, Inc. is wholly-owned by Securitas Services, Inc. (a Delaware corporation). Securitas Services, Inc. is wholly-owned by Securitas Holdings, Inc. (a

Delaware corporation). Securitas Holdings, Inc. is wholly-owned by Securitas AB, a Swedish public company traded on the Stockholm Stock Exchange.

Dated: July 3, 2007

Respectfully submitted,

John J. Pavlick, Jr.
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Of Counsel:
Paul A. Debolt
Dismas N. Locaria
Venable LLP
575 7th Street, N.W.
Washington, DC 20004-1601
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

DC1/230435