IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GLOBE AVIATION SERVICES CORPORATION, GLOBE AIRPORT SECURITY SERVICES, INC. AND GLOBE AVIATION SERVICES CORPORATION OF PUERTO RICO, | ) | |
| Plaintiffs, | ) | No. 07-500C |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kyle Chadwick as attorney of record for the United States.

Physical service of all papers should be addressed as follows:

Kyle Chadwick
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0476
Fax: (202) 305-7644
E-mail:Kyle.Chadwick@usdoj.gov

Attention: Classification Unit
8th Floor

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: July 16, 2007

**CERTIFICATE OF FILING**

I hereby certify that on July 16, 2007, this document was filed electronically. I understand that service is complete upon filing.

s/Kyle Chadwick