# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**GLOBE AVIATION SERVICES CORPORATION, et. al.**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No.07-500C

Senior Judge Smith

Filed: July 17, 2007

**ORDER**

The Court hereby **GRANTS** Plaintiffs' Motion to Stay pending the United States Court of Appeals for the Federal Circuit's ruling in *Hunleigh USA Corporation v. United Sates,* No. 07-5118 filed on May 11, 2007.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
Senior Judge